Exhibit A

| | |
|---|---|
| **District Court, Arapahoe County, Colorado**<br>Court Address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | DATE FILED<br>September 9, 2024 3:57 PM<br>FILING ID: 7987C1EDE9F35<br>CASE NUMBER: 2024CV31976 |
| **Plaintiff**: **MARINA TOVBIS**, an individual;<br><br>v.<br><br>**Defendant**: **COSTCO WHOLESALE CORPORATION**, a Washington corporation. | ▲ COURT USE ONLY ▲ |
| Attorneys on behalf of Plaintiff<br>Timur G. Kishinevsky, Esq. Atty. Reg. #31085<br>Michael J. Buchanan, Esq. Atty. Reg. #21780<br>Ian Griffin, Esq. Atty. Reg. #48782<br>Law Office of Timur Kishinevsky<br>2851 South Parker Road, Suite 150<br>Aurora, Colorado 80014<br>P: (720) 748-8888<br>F: (720) 748-8894<br>E: tkish@coloradolawteam.com;<br>buchanan@coloradolawteam.com;<br>ian@coloradolawteam.com | Case No.:<br><br>Div./Courtroom: |

**COMPLAINT WITH JURY DEMAND**

COMES NOW, Plaintiff, Marina Tovbis, through the Law Office of Timur Kishinevsky, for her Complaint with Jury Demand against Defendant Costco Wholesale Corporation states and alleges as follows:

**PARTIES**

1. Plaintiff Marina Tovbis ("Plaintiff") is an individual and resides at 3912 South Atchison Way, Aurora, Colorado 80014.

2. Defendant Costco Wholesale Corporation ("Costco") is a Washington corporation in good standing with the Colorado Secretary of State. It reports a principal place of business located at 999 Lake Drive, Issaquah, Washington 98027 and a registered agent of CT Corporation System at 7700 East Arapahoe Road, Suite 220, Centennial, Colorado 80112.

**JURISDICTION AND VENUE**

3. This matter concerns a slip-and-fall incident occurring at the Costco location at 1471 South Havana Street, Aurora, Colorado 80012 (the "subject property"), which is owned by Costco according to Arapahoe County property records at AIN 25351-38255-001.

4. Because the basis of this Complaint with Jury Demand involves tortious conduct occurring at the subject property, jurisdiction and venue are proper in the District Court, Arapahoe County, State of Colorado.

## GENERAL ALLEGATIONS

5. On or about September 20, 2022, Plaintiff was shopping at the subject property.

6. Plaintiff was wearing appropriate footwear and was being mindful of her surroundings.

7. Plaintiff visited the restroom, and, as she proceeded toward the exit, an employee was walking backwards and forcefully bumped into Plaintiff.

8. Plaintiff slipped and fell to the ground.

9. Plaintiff felt immediate pain in her nose and left arm.

10. Plaintiff reported the incident to Costco store management.

11. Plaintiff was seriously injured in the slip-and-fall incident, including injury to her back, neck, left arm, left shoulder, and to her head up to and including broken bones.

## DAMAGES

12. Plaintiff incorporates all other paragraphs as if fully set forth herein.

13. Costco's negligence and/or permitting of activities to be conducted or allowing a condition(s) to be present at the subject property, which it knew or reasonably should have known created an unreasonable risk of injury, damage, or loss, caused Plaintiff to suffer past, present, and future noneconomic injuries, damage, and loss including pain and suffering, inconvenience, emotional distress, permanent injury/disfigurement and/or impairment of her quality of life.

14. Costco's negligence and/or permitting of activities to be conducted or allowing a condition(s) to be present at the subject property, which it knew or reasonably should have known created an unreasonable risk of injury, damage, or loss, caused Plaintiff to incur past, present, and future economic losses including reasonable and necessary medical expenses including physician, hospital therapy, prescription, and/or other expenses.

## CLAIMS AND CAUSES OF ACTION

### *First Claim for Relief: Premises Liability*

15. Plaintiff incorporates all other paragraphs as if fully set forth herein.

16. On or about September 20, 2022 Costco owned, operated, controlled, or conducted activities at the subject property located at 1471 South Havana Street, Aurora, Colorado 80012.

17. Costco permitted activities to be conducted and/or allowed conditions to be present on the subject property which it knew, or reasonably should have known, that created an unreasonable risk of injury, damage, and/or loss to persons such as Plaintiff.

18. Plaintiff frequented the Costco located at the subject property as an invitee.

19. Costco, as operator of the subject property, was negligent because it failed to use reasonable care in the management and maintenance of the subject property with respect to conducting business at the subject property, or to give adequate warning of the hazardous conditions existing at the subject property located at 1471 South Havana Street, Aurora, Colorado 80012.

20. On or about September 20, 2022, Plaintiff suffered injuries, damages, and/or losses as a result of a hazardous condition(s) that existed on Costco's premises, located at 1471 South Havana Street, Aurora, Colorado 80012, when its employee bumped Plaintiff while walking backwards causing Plaintiff to slip and fall at the store.

***Plaintiff demands a trial by jury on all issues so triable.***

WHEREFORE, Plaintiff Marina Tovbis respectfully requests judgment in her favor and against Defendant Costco Wholesale Corporation in an amount to be proven at trial, together with pre- and post-judgment interest, attorney fees, costs, and any such other and further relief the Court deems just and fair.

Respectfully submitted September 9, 2024

Law Office of Timur Kishinevsky

Original signature on file with Law Office of Timur Kishinevsky LLC.

s/ Ian Griffin, Esq.

Timur Kishinevsky, Atty. Reg. #31085
Michael J. Buchanan, Atty. Reg. #21780
Ian Griffin, Atty. Reg. #48782
Attorneys for Plaintiff(s)
2851 S. Parker Rd., Ste. 150
Aurora, Colorado 80014
P: (720) 748-8888
F: (720) 748-8894

Plaintiff's address: 3912 South Atchison Way, Aurora, Colorado 80014

| | |
|---|---|
| **PIN:** | 031669243 |
| **AIN:** | 2073-06-3-20-060 |
| **Situs Address:** | 3912 S Atchison Way Ste A |
| **Situs City:** | Aurora |
| **Full Owner List:** | Tovbis Alexsandr, Tovbis Marina |
| **Ownership Type:** | Joint Tenancy |
| **Owner Address:** | 3912 S Atchison Way Unit A |
| **City/State/Zip:** | Aurora, CO 80014-5189 |
| **Neighborhood:** | Pier Point Sub 7th Flg |
| **Neighborhood Code:** | 1746.00 |
| **Acreage:** | 0.0360 |
| **Land Use:** | Townhomes |
| **Legal Desc:** | Lot 1 Blk 7 Pier Point Sub 7th Flg |

**Notifications!**

| | **Total** | **Building** | **Land** |
|---|---|---|---|
| *2024 Appraised Value* | 410,300 | 290,300 | 120,000 |
| *2024 Assessed Value* | 23,805 | 15,765 | 8,040 |
| | | **2023 Mill Levy:** | 90.105 |

| *Sale* | **Book Page** | **Date** | **Price** | **Type** |
|---|---|---|---|---|
| | A603 6209 | 03-19-1996 | 98,000 | |
| | 7138 0416 | 09-15-1993 | 81,000 | |
| | 5331 0405 | 12-11-1987 | 64,500 | |
| | 7138 0413 | 12-11-1987 | 0 | |
| | 3935 0194 | 07-01-1983 | 85,500 | |
| | 2905 0174 | 12-01-1978 | 64,900 | |

| *Building* | **Building** | **Attributes** | **Recorded** |
|---|---|---|---|
| | 1 | Quality Grade | Average |
| | | Improvement Type | Townhomes |
| | | Bedrooms | 3.00 |
| | | Bathrooms | 2.00 |
| | | Architectural | 2 Story |
| | | Heat Method | Electric Baseboard Heat |
| | | Cool Method | Central Air |
| | | Year Built | 1980 |
| | | Roof | Asphalt/Composition Shingle Roof |
| | | Fireplaces | 1.00 |
| | | Exterior Wall | Wood Siding |
| | | Construction Type | D - Wood or Steel Studs Frame |

| *Area* | **Building** | **Description** | **SqFt** |
|---|---|---|---|
| | 1 | Attached Garage | 440 |
| | | Covered Porch | 88 |
| | | Deck | 238 |
| | | First Floor | 725 |
| | | Second Floor | 725 |
| | | Basement Total | 725 |
| | | **Bldg Total Area:** | **1450** |

| *Land Line* | **Units** | **Land Use** |
|---|---|---|
| | 1.0000 LT | Townhomes |

*Note: Land Line data above corresponds to the initial appraised value and does not reflect subsequent appeal related adjustments, if any.*

* Not all parcels have available photos / sketches.

In some cases a sketch may be difficult to read. Please contact the Assessors Office for assistance. Measurements taken from the exterior of the building.

The Arapahoe County Assessors Office does not warranty the accuracy of any sketch, nor assumes any responsibility or liability to any user.

Although some parcels may have multiple buildings and photos, at this time our system is limited to 1 sketch and 1 photo per parcel number. Sorry for any inconvenience.

New Search